# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph A. Sparks,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hub Group Incorporated,<br><br>　　　　Defendant. | No. CV-20-00260-PHX-GMS<br><br>**ORDER** |

　　　　Pending before the Court is the Stipulation of Dismissal with Prejudice (Doc. 35) filed by Plaintiff Joseph A. Sparks and Defendant Hub Group, Inc., and for good cause appearing,

　　　　**IT IS HEREBY ORDERED** granting the Stipulation of Dismissal (Doc. 35). The case is dismissed with prejudice, each side to bear its own costs and fees.

　　　　Dated this 2nd day of March, 2021.

_____
G. Murray Snow
Chief United States District Judge